Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
tanya@moorelawfirm.com

Attorney for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>    Plaintiff,<br><br>  vs.<br><br>GRACE A. LUCIDO, Trustee of the GRACE A. LUCIDO LIVING TRUST, under declaration of trust dated March 21, 2006, et al.,<br><br>    Defendants. | No. 1:15-cv-00299-LJO-BAM<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: May 22, 2015                    MOORE LAW FIRM, P.C.


                                      */s/ Tanya E. Moore*
                                      Tanya E. Moore
                                      Attorney for Plaintiff
                                      Ronald Moore

# ORDER

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

**SO ORDERED**
**Dated: May 26, 2015**

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**